AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| NANCY ANDREANO </br> *Plaintiff* </br> v. </br> COMPREHENSIVE HEALTHCARE SYSTEMS, INC., et al. </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 2:25-cv-12 </br> ) </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court will treat the motion as an unopposed motion to dismiss the action with prejudice, with the Court to retain jurisdiction over the parties' settlement agreement. The Court GRANTS the motion and directs the Clerk to enter judgment DISMISSING this case WITH PREJUDICE, but with the Court to RETAIN JURISDICTION over the settlement agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole .

Date: 6/16/25

CLERK OF COURT

*Melissa Saddler*
Signature of Clerk or Deputy Clerk